# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Victor Howard and
Germaine Howard,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                             3:06-cv-70

Thomas P. Brim, Substitute
Trustee, and Liberty Savings Bank FSB

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 8, 2006 Order.

                               **Signed: June 8, 2006**

*[Signature]*

Frank G. Johns, Clerk
United States District Court